UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

(Criminal Docket)

UNITED STATES OF AMERICA                                        No. 14-149  MAG

        VS.

RICHARD WILLIAMS

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO:    Sheriff, Orleans Parish Prison

GREETING: --

You are hereby ordered and directed to surrender the body of **Richard Williams** to Drug Enforcement Administration (DEA) Special Agent Chad Scott, or one of his authorized deputies, or any other DEA Special Agent, to be thereafter produced by the said Special Agent before the United States District Court of the Eastern District of Louisiana, on  the **31st** day of **October**, **2014** at **10:00 AM**, at New Orleans, Louisiana, before **United States District Judge Lance M. Africk** , for **initial appearance**, and remain in federal custody until the conclusion of all Federal Proceedings, at which time thereafter be returned by the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or his authorized deputy, to the **Orleans Parish Prison** and there surrendered to the **Sheriff** of said institution, or one of his authorized deputies.

Witness the Honorable Judges of the United States District Court for the Eastern District of Louisiana at the City of New Orleans, LA, this 28 day of October,  2014

WILLIAM W. BLEVINS, CLERK

BY: _____
        Deputy Clerk