UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR.NO. 14-149 MAG |
| | **ORDER** |
| VERSUS | _X_ Appointing Counsel |
| | ___ Substituting Counsel For: |
| RICHARD WILLIAMS | _____ |
| | ___ Ratifying Prior Service |
| | ___ Extending Appointment For Appeal |

CHARGE:    POSSESSION WITH INTENT TO DISTRIBUTE CRACK COCAINE

_X_ FELONY      ___ MISDEMEANOR

_X_ The defendant, having satisfied this Court that he/she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by order of the District Court:

**CLAUDE J. KELLY, FEDERAL PUBLIC DEFENDER, HALE BOGGS FEDERAL BLDG., RM 318, 500 CAMP ST, NEW ORLEANS, LA 70130 PHONE: (504)589-7930**

___ Federal Public Defender is appointed for the limited purpose of:

___ It appearing to the Court that although the defendant is financially unable to employ counsel, he/she is totally indigent.

___ IT IS FURTHER ORDERED that the defendant pay to the Clerk, U. S. District Court for services of counsel, the total amount of $_____ to be paid within 10 working days or by _____.

___ IT IS FURTHER ORDERED that the defendant is to pay to the Clerk, U.S. District Court, for services of counsel, $_____ per month. This amount is to be paid, beginning on _____, 20___, until further orders of the Court.

Dated at New Orleans, Louisiana, on   OCTOBER 31, 2014

_____
UNITED STATES DISTRICT JUDGE

Copy to Financial Unit Clerk (*Only if defendant is ordered to pay*)

CJA 23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☐ DISTRICT COURT  ☐ COURT OF APPEALS  ☐ OTHER (Specify below)

IN THE CASE OF _____ v. _____   FOR _____   AT _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): **RICHARD WILLIAMS**

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge: **14-149**
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☑ No ☐ Self-Employed
- Name and address of employer: **THREE EAGLE BARGE REPAIR**
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment? **Oct. 20, 2014**
- How much did you earn per month? $ **1,600/MO**
- If married, is your spouse employed? ☐ Yes ☐ No
- IF YES, how much does your spouse earn per month? $ **N/A**
- If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
- IF YES, give the amount received and identify the sources — RECEIVED $ _____  SOURCES _____

**CASH**
- Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No  IF YES, total amount? $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
- IF YES, give value and description for each — VALUE $ _____  DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☑ Single, ☐ Married, ☐ Widowed, ☐ Separated or Divorced
- Total No. of Dependents: **1**
- List persons you actually support and your relationship to them: **SON, 16**

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| RENT - $450/MO | $ | $ |
| UTILITIES - $200/MO | $ | $ |
| GIRLFRIEND'S CAR NOTE - $175/MO | $ | $ |
| CELL PHONE - $50/MO | $ | $ |
| GASOLINE - $100/MO    FOOD & LIVING EXPENSES - $500/MO | | |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): _/s/_   Date: **10/31/14**