UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

<u>UNITED STATES OF AMERICA</u>                                CRIMINAL ACTION

VERSUS                                                                            NUMBER  <u>14-250</u>

<u>RICHARD WILLIAMS</u>                                             SECTION  <u>G</u>

REQUEST FOR SUBPOENAS

Please issue signed subpoenas as noted below, pursuant to Rule 17 (a), (c) or (f) of the Federal Rules of Criminal Procedure.  I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Criminal Procedure.

**SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS, DATA OR OTHER**

_____ set(s) for Rule 17(a) trial or hearing scheduled on _____
                                                                                               DATE OF TRIAL/ HEARING

  4   set(s) for Rule 17(c) to appear and produce documents, data, or other objects in court before trial or hearing  <u>before February 13, 2015</u>
                                                                                                                                            DATE OF TRIAL/ HEARING

**SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS AT A COURT ORDERED DEPOSITION**

_____ set(s) for Rule 17(f) deposition scheduled on _____
                                                                                          DATE OF DEPOSITION

at  _____
      PLACE OF DEPOSITION

*[signature]*

Sara A. Johnson, La. Bar No. 31207
700 Camp St. New Orleans, LA 70130
Phone:  (504) 528-9500
Attorney for Richard Williams

Attorney's Signature, Bar Number, Address, and Party Represented

Revised: 05/08/2014